# Registro Nacional de las Personas
## República de Guatemala
### Registro Civil de las Personas
### Certificado de Nacimiento

48683539



El Infrascrito Registrador Civil de las Personas del Registro Nacional de las Personas del municipio de San Pedro Soloma, departamento de Huehuetenango, **CERTIFICA** que con fecha ocho de enero de dos mil cuatro, en la partida 58, folio 437 del libro 36, del Registro Civil del Municipio de San Pedro Soloma, Departamento de Huehuetenango, quedó inscrito el nacimiento de:

- Federico, José Francisco -

*Nombres y apellidos del inscrito*

## Datos del inscrito

3208212341308
*Código Único de Identificación (CUI)*

Tres de octubre de dos mil tres
*Fecha de nacimiento*

Guatemala, Huehuetenango, San Pedro Soloma
*Lugar de nacimiento*

Masculino
*Género*

## Datos de la madre

- Lorenza, Francisco Rodas -
*Nombres y apellidos de la madre*

--
*Fecha de nacimiento*

Soloma
*Lugar de nacimiento*

## Datos del padre

- Rodas Domingo, José Esteban -
*Nombres y apellidos del padre*

--
*Fecha de nacimiento*

Soloma
*Lugar de nacimiento*

*334000058269*
ID: 334000058269
1 de 2

MMATEO334
23/02/2015   11:08:10a.m.
REG_334_15

| [RENAP LOGO] | | 48583539 |
|---|---|---|
| | | [R] |

## Civil Registry of Persons
## Birth Certificate

The undersigned Civil Registrar of Persons of the National Registry of Persons of the Municipality of San Pedro Soloma, Department of Huehuetenango,

CERTIFIES

With date eight of January of two thousand four, in entry 58, folio 437 of book 36, of the Civil Registry of the Municipality of San Pedro Soloma, Department of Huehuetenango, was registered the birth of:

- Federico, Jose Francisco -

Names and Last Names of the Registrant

| Photograph not available | **Registrant's Infromation** |
|---|---|
| | 3208212341308 |
| | Identification document |
| | Third of October of two thousand three |
| | Date of Birth |
| | Guatemala, Huehuetenango, San Pedro Soloma |
| | Place of Birth |
| | Male |

**Mother's Information**

- Lorenza, Francisco Rodas -

Names and Last Names of the Mother

---

Date of Birth

Soloma

Place of Birth

*334000058269*
ID: 334000058269

Page 1 of 2

[Photograph not available]
[Photograph not available]

[CENTRAL AMERICA MAP]
[RENAP STAMP]

**Father's Information**

- Rodas Domingo, Jose Esteban -

Names and Last Names of the Father

---

Date of Birth

Soloma

Place of Birth

MMATEO334
02/23/2015 11:08:10 a.m.
REG_334_15

---

## CERTIFICATION OF TRANSLATION

I, Mayeli Garcia Villagomez, am competent to translate from Spanish to English. I certify that the translation of this document is true and accurate to the best of my abilities.

_____                                              8/9/24
Mayeli Garcia Villagomez                                                Date