January 21, 2025



U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
National Benefits Center
P.O. Box 25920
Overland Park, KS 66225

 U.S. Citizenship and Immigration Services

FEDERICO JOSE FRANCISCO
c/o NICHOLLE K PITT WHITE
CONTIGO LAW PLLC
PO BOX 249
MIDVALE, UT 84047



MSC2590080067

A208-605-197

RE: FEDERICO JOSE FRANCISCO
I-360, Petition for Amerasian, Widow(er), or Special Immigrant



## REQUEST FOR EVIDENCE (FORM I-360)

Dear FEDERICO FRANCISCO:

### Why We Are Writing You

On October 2, 2024, you submitted your I-360. You submitted the following evidence in support of your petition:

- Certificate of birth
- Court order
- Guatemalan passport

We are writing to inform you we need more information from you to make a decision on your case. Please read this letter carefully and follow all of the instructions below.

### What You Need To Do

You must provide the following information in order for us to make a final decision on your case. Please include a copy of ALL pages of this letter with your response.

### Evidence Of Relief

USCIS' consent determination is an acknowledgment the request for SIJ classification is bona fide, which means a primary reason the required juvenile court determinations were sought was to obtain relief from parental abuse, neglect, abandonment, or a similar basis under State law. See 8 CFR 204.11(b)(5). In exercising its consent function, USCIS therefore looks to the juvenile court's determinations, the factual basis supporting those determinations, and the relief provided or recognized by the juvenile court. Such relief may include custodial placement, dependency on the court for the provision of child welfare services, and/or other court-ordered or recognized protective or remedial relief. See 8 CFR 204.11(d)(5)(ii)(A) and (B).

The juvenile court order you submitted finds you to be dependent on the court but does not indicate whether the court provided some form of relief to protect you from parental abuse, abandonment, neglect, or a similar basis under State law. Such relief may include a court-ordered custodial placement, or the court-ordered dependency on the court for the provision of child welfare services and/or other court ordered or court-recognized protective remedial relief, including recognition of the petitioner's placement in the custody of the Department of Health and Human Services, Office of Refugee Resettlement. See 8 CFR 204.11(d)(5)(ii)(A) and (B). Please submit evidence the court provided some form of placement, supervision, or services in connection with the finding of dependency to meet your burden of showing a primary reason you sought the dependency determination was to obtain relief from parental maltreatment.

**When You Need To Do It**

You must send the requested information by mail to the address shown below by April 18, 2025. You must submit all of the requested evidence at one time. If you submit only part of the evidence, we will make a decision based on the evidence you submit. We will not consider any evidence submitted after the due date. If you do not respond to this request by the date shown above, we will deny your case.

If you submit a document in any language other than English, you must provide: (1) a copy of the original document in its foreign language; and (2) a full English translation of the document. The translator must certify the translation is complete and accurate, and they are competent to translate from the foreign language to English.

We strongly recommend you keep a copy of all documents you submit to USCIS in response to this request.

The issuance of this notice does not toll, restart, or suspend the adjudicative processing time required under Section 235(d)(2) of the TVPRA 2008. While you must respond before the due date indicated on this notice, USCIS can issue a final decision on your petition more promptly if you respond sooner.

**Please include a copy of ALL pages of this letter with your response.**

Submit your response with requested document(s), information, etc. to this address:

| Regular Mail | Express Mail or Courier Deliveries |
|---|---|
| **U.S. Department of Homeland Security** | **National Benefits Center, USCIS** |
| PO Box 25920 | 7600B West 119th Street |
| Overland Park, KS 66225 | Overland Park, KS 66213 |

**Please do not forget to include a copy of ALL pages of this letter with your response.**

Sincerely,

*Robinson*

Terri A. Robinson
Director
Officer: OA0118