# SB0290 | Juvenile Court Modifications

## Description

**General Description:** This bill amends provisions related to the juvenile court.

**Highlighted Provisions:**
13 ▸ allows for the juvenile court to enter an order with special findings regarding the
14 abuse, neglect, or dependence of a noncitizen child;

## Bill Details

**Bill Number:** SB0290 (https://le.utah.gov/~2023/bills/static/SB0290.html)
**Year:** 2023
**Status:** Governor Signed
**Last Action:** Mar 14, 2023

## Sponsor



Senator
**Todd D. Weiler** (https://senate.utah.gov/sen/WEILET/)
Republican - District 8

## Fiscal Note

**Fiscal Note Amount:** $0
None
View Fiscal Note (https://le.utah.gov/lfa/fnotes/2023/SB0290.fn.pdf)

## Utah PTA Position

## Utah PTA Response

 Support

**Utah PTA Resolution:** FAM 2009-2 | Child Abuse and Neglect (/resolution/fam-2009-2)

**Impact on Children:**
This bill would help non-citizen children that are abandoned, abused or neglected can get special findings from juvenile court to be protected from deportation and petition the court to change their status of immigration.

**Commission:** Safety

## Utah PTA Public Policy Program

**National PTA and Utah PTA Resolutions:**
Resolved, That Utah PTA and its constituent associations collaborate with schools and community organizations to increase awareness of the problem of child abuse, neglect, maltreatment, and exploitation land to help educate families, children, and educators about the causes of and strategies to prevent abuse; and be it further

Resolved, That Utah PTA and its constituent associations advocate for adequate laws to protect children in all areas of child abuse, neglect, maltreatment, and exploitation.

**National PTA and Utah PTA Position Statements:**
PTA supports policies and legislation that ensure equity for every student