FELICE JOHN VITI, Acting United States Attorney (7007)
JOEL A. FERRE, Assistant United States Attorney (7517)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
(801) 524-5682
joel.ferre@usdoj.gov

UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| FEDERICO JOSE FRANCISCO,<br><br>               Plaintiff,<br><br>v.<br><br>UNITED STATES CITIZENSHIP and IMMIGRATION SERVICES, et al.,<br><br>               Defendant. | **SECOND STIPULATED MOTION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT**<br><br>Case No. 2:25-cv-00829-DAO<br><br>Magistrate Judge Daphne A. Oberg |

      The United States, through its counsel, moves to extend the deadline for it to respond to the complaint. (ECF No. 1). Due to scheduling conflicts, the recent increase in immigration and other filings against the United States, and the recent departures of several civil AUSAs, the United States is not in a position to respond to the complaint by December 19. The United States requests the deadline to respond to the complaint be extended until January 19, 2025.

      Plaintiff stipulates to this motion.

Dated this 18th day of December, 2025.

        FELICE JOHN VITI
        Acting United States Attorney

        */s/ Joel A. Ferre*
        JOEL A. FERRE
        Assistant United States Attorney


        CONTIGO LAW

        */s/ Alec Bracken (signed with permission)*
        ALEC BRACKEN
        *Attorney for Plaintiff*